Joseph BUTTON, Thomas S. Wheelwright, William J. Payne, B. F. Yoakum, W. F. Huff, Mrs. M. Willis Jackson, Carrie Z. Payne, and Warner Moore, Appellants, v. CITIES FUEL & POWER COMPANY, a Corporation, Appellee. In Case of CITIES FUEL & POWER COMPANY, a Corporation, v. EMPIRE TRANSPORTATION & OIL CORPORATION.

(Circuit Court of Appeals, Fourth Circuit. June 17, 1924.)

No. 2226.

Appeal from an Order of the District Court of the United States for the Eastern District of Virginia, Denying Appellants Leave to File a Bill of Review; D. Lawrence Groner, Judge.

Charles A. Douglas, of Washington, D. C., and Lewis C. Williams, of Richmond, Va. (Hugh H. Obear, of Washington, D. C., Williams & Mullen, of Richmond, Va., Levinson, Becker, Schwartz & Frank, of Chicago, Ill., and Douglas, Obear & Douglas, of Washington, D. C., on the brief), for appellants.

Thomas B. Gay and Henry W. Anderson, both of Richmond, Va. (Munford, Hunton, Williams & Anderson, of Richmond, Va., on the brief), for appellee.

Before WOODS and ROSE, Circuit Judges, and WEBB, District Judge.

ROSE, Circuit Judge. After the appeal had been taken in No. 2125, 300 Fed. 280, and before it had been heard in this court, the interveners obtained leave from us to ask the District Court to set aside the sale so fully discussed in our opinion in No. 2125. They have here appealed from the refusal of the court below to grant their request. One of the grounds which the learned District Judge regarded as conclusive against his reopening the question of the

sale was that all the questions raised by the interveners in their petition that he should do so were pending here on appeal. In this he was right, and they have been disposed of by us in that case. Under the circumstances we do not feel that an appeal will lie from his order declining to grant their petition. It follows that in this case the appeal must be dismissed.

Dismissed.